**Maurice Bernard STEWART, Jr., Plaintiff—Appellant,**

v.

**Doctor MANGER; Nurse Manges; Other Unknown Named Nurse; Employees of Prison Health Services, in their official & personal capacities, Western Correctional Institution; Nurse Kalanut, Defendants—Appellees.**

No. 03–7299.

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 17, 2003.

Decided Feb. 20, 2004.

Maurice Bernard Stewart, Jr., Appellant pro se. Conrad Whiting Varner, Frederick William Goundry, III, Varner & Goundry, Frederick, Maryland; Donald Joseph Crawford, Aldelman, Sheff & Smith, Rockville, Maryland, for Appellees.

Before WILKINSON, NIEMEYER, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Maurice Bernard Stewart, Jr., appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Stewart v. Manger*, No. CA–02–2169–1–JFM (D.Md. July 17, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*